**FILED**
July 28, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT
bb

Robert Glendinning
CID #0071469
100 N. Lamar St.
Fort Worth, TX 76196

July 24, 2023

United States District Court
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

4-23CV-786-P

Dear Judge:

I am not sure if this is the proper way to ask for an injunction or whatever means is proper to order Tarrant County Sheriff's Office or the Sheriff himself to stop punishing pretrial detainees in violation of U.S. Constitution 14th Amendment and Federal Courts ruling in Duvall v. Dallas County, TX, 631 F.3d 203 and Bell v. Hamilton County, 531 F.Supp.3d 1309.

I have been punished (visit restriction) for a minor rule violation and have very recently been given another minor case (disciplinary).

Punishing pretrial detainees is an institutional policy with Tarrant County Sheriff's Department.

I am requesting this court issue an injunction to cease punishing pretrial detainees and to expunge all records of prior disciplinary action regarding pretrial detainees.

Respectfully,
[signature]



